COM.

v.

WASHINGTON, M.

3822 EDA 2016

Superior Court of Pennsylvania.

09/11/2017

CP–15–CR–0003003–2005 (Chester)

Affirmed

PAIK, M.

v.

PAIK, S.

912 EDA 2017

Superior Court of Pennsylvania.

09/11/2017

2015–14333 (Montgomery)

Affirmed

COM.

v.

ORTIZ–LUGO, L.

1225 MDA 2016

Superior Court of Pennsylvania.

09/11/2017

CP–01–CR–0000178–2003 (Adams)

Affirmed

COM.

v.

MARCHESE, G.

39 MDA 2017

Superior Court of Pennsylvania.

09/11/2017

CP–41–CR–0000629–2015, CP–41–CR–0001773–2015 (Lycoming)

Affirmed

W.M. and D.M.

v.

WESTMORELAND COUNTY

11 WDA 2017

Superior Court of Pennsylvania.

09/11/2017

2245 of 2015–D (Westmoreland)

Affirmed/Remanded

IN the INTEREST OF: M.M.,

Appeal of: W.M. and D.M.

124 WDA 2017

Superior Court of Pennsylvania.

09/11/2017

CP–65–DP–64–2014 (Westmoreland)

Affirmed/Remanded